IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **PACIFIC CYCLE, INC., et al.** | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | Case No.: 18-CV-03722-CCB |
| | : | |
| **APOLLO RETAIL SPECIALISTS, LLC,** | : | |
| | : | |
| Defendant. | : | |
| | : | |

**AMENDED DISCLOSURE OF CORPORATE INTEREST**

I certify, as counsel in this case that the following corporate affiliations exist with Defendant Apollo Retail Specialists, LLC:

Apollo is owned by Mark Dean, a resident of California (< 20%), and BDS Solutions Group, LLC, a Delaware limited liability company (>80%). The sole member of BDS Solutions Group, LLC is DDP Holdings, LLC, a Delaware limited liability company. The members of DDP Holdings, LLC are James Waters, a Florida resident (1%); W. Walt McConnell, a North Carolina resident (3%); PBC DDP Holdings, LLC, a Florida limited liability company (23%); C. Michael Sunderland (4%); and Juggernaut Capital Partners II, L.P., a Maryland limited partnership (69%). The member of PBC DDP Holdings, LLC is Palm Beach Capital Fund 2. None of the investors in Palm Beach Capital Fund 2 or Juggernaut Capital Partners II, L.P. is a resident of Delaware, Wisconsin or Taiwan, R.O.C.

*/s/ Margaret Fonshell Ward*
Margaret Fonshell Ward (04586)

>Downs Ward Bender Hauptmann & Herzog, P.A.
>Executive Plaza III, Suite 400
>11350 McCormick Road
>Hunt Valley, MD 21031
>410-584-2800
>mward@downs-ward.com
>*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 28th day of February, 2019, a copy of the foregoing Amended Disclosure of Corporate Interest was electronically filed to:

>Michael N. Russo, Jr., Esquire
>COUNCIL, BARADEL, KOSMERL & NOLAN, P.A.
>125 West Street, 4th Floor
>Annapolis, MD 21401
>*Attorneys for Plaintiff*

>*/s/ Margaret Fonshell Ward*
>Margaret Fonshell Ward