IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| PACIFIC CYCLE, INC. et al. | * | |
| | * | |
| Plaintiffs | * | |
| | * | |
| v. | * | Case No.: 18-CV-03722-ADC |
| | * | |
| APOLLO RETAIL SPECIALISTS, LLC | * | |
| | * | |
| Defendant | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## STIPULATION OF DISMISSAL

The parties to the above action hereby agree and stipulate, pursuant to Federal Rule of Civil Procedure 41, that all claims, be and are hereby dismissed, with prejudice.

 */s/ Michael N. Russo, Jr.*
Michael N. Russo, Jr.  (#07322)
Council, Baradel, Kosmerl & Nolan, P.A.
125 West Street, 4th Floor
Annapolis, Maryland 21401
(410) 268-6600
Russo@CouncilBaradel.com
*Attorneys for Plaintiffs*

 */s/ Margaret Fonshell Ward*
Margaret Fonshell Ward (04586)
Downs Ward Bender Hauptmann & Herzog, P.A.
Executive Plaza III, Suite 400
11350 McCormick Road
Hunt Valley, MD 21031
410-584-2800
mward@downs-ward.com
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of August, 2020, a copy of the foregoing Stipulation of Dismissal was electronically delivered to:

> Michael N. Russo, Jr.
> 125 West Street, 4th Floor
> Annapolis, Maryland 21401
> (410) 268-6600
>
> Heath Sherman, Esquire
> The Sherman Law Group, LLC
> 111 Barclay Blvd., Suite 210
> Lincolnshire, IL 60069
> *Attorneys for Plaintiffs*
>
>
> */s/ Margaret Fonshell Ward*
> Margaret Fonshell Ward